IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEONARD NOBLE**                                                                                      **PLAINTIFF**
**ADC # 84701**

v.                                     Case No. 4:24-cv-00812-KGB

**JOHN KEMP, Chief Justice,**                                                                **DEFENDANTS**
**Arkansas Supreme Court,** *et al.*

## ORDER

This case is closely related to another case recently filed in the Eastern District of Arkansas. In the interest of judicial economy and consistent rulings, the Clerk of Court is directed to consolidate immediately this case with the master docket in *Leonard Noble v. John Kemp, et al.*, Case No. 4:24-cv-00811-KGB. All filings should be made in *Leonard Noble v. John Kemp, et al.*, Case No. 4:24-cv-00811-KGB, which is the case with the lower case number.

It is so ordered this 10th day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge